1 TERRENCE P. McMAHON (California State Bar No. 71910)
DAVID LARSON (California State Bar No. 112342)
2 BIJAL V. VAKIL (California State Bar No. 192878)
McDERMOTT, WILL & EMERY
3 3150 Porter Drive
Palo Alto, CA 94304-1212
4 Telephone: 650-813-5000
Facsimile: 650-813-5100
5
DONNA M. TANGUAY, *Pro Hac Vice*
6 JOHN R. FUISZ, *Pro Hac Vice*
STEPHEN K. SHAHIDA, *Pro Hac Vice*
7 McDERMOTT, WILL & EMERY
600 13th Street N.W., 12th Floor
8 Washington, D.C. 20005-3096
Telephone: 202-756-8000
9 Facsimile: 202-756-8087

10 Attorneys for Defendant and Counterclaimant
MEDTRONIC, INC. AND MEDTRONIC VASCULAR, INC.
11 (sued under its former name, MEDTRONIC AVE, INC.)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EDWARDS LIFESCIENCES LLC, and ENDOGAD RESEARCH PTY LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MEDTRONIC, INC., MEDTRONIC AVE, INC., COOK INCORPORATED, and W.L. GORE & ASSOCIATES, INC.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. C 03-03817 JSW (WDB)<br><br>**MEDTRONIC, INC. AND MEDTRONIC VASCULAR, INC.'S NOTICE OF MOTION TO COMPEL EDWARDS LIFESCIENCES LLC AND ENDOGAD RESEARCH PTY LIMITED'S RESPONSE TO: (1) PATENT L.R. 3-1 DISCLOSURES; AND (2) A RESPONSE TO MEDTRONIC, INC. AND MEDTRONIC VASCULAR, INC.'S INTERROGATORY NO. 1**<br><br>Date: April 7, 2004<br>Time: 2:00 p.m.<br>Courtroom: 4, 3rd Floor<br>Judge: Honorable Wayne D. Brazil<br><br>(DISCOVERY MATTER) |

MEDTRONIC, INC. AND MEDTRONIC
VASCULAR, INC.'S NOTICE OF MOTION
TO COMPEL

CASE NO. C 03-03817 JSW (WDB)

PLEASE TAKE NOTICE that on April 7, 2004, at 2:00 p.m. or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Wayne D. Brazil, Defendant and Counterclaimant Medtronic, Inc. and Medtronic Vascular, Inc. (collectively, "Medtronic") will and hereby does move the Court for an order compelling Edwards Lifescience, LLC and Endogad Research Pty Limited (collectively, "Plaintiffs"), to respond to Medtronic's Interrogatory Number 1.

This Notice of Motion is, and will be based on, the fact that Plaintiffs have not provided Medtronic with the required Patent L.R. 3-1 disclosure and an adequate response to its Interrogatory Number 1.

This motion will be based upon this Notice of Motion, the attached Memorandum of Points and Authorities, and the Declaration of Bijal V. Vakil, filed concurrently herewith, the records and files in this action, and any and such oral argument as may be presented at the hearing on this Motion.

Dated: February 23, 2004                    Respectfully submitted,

                                            McDERMOTT, WILL & EMERY


                                            By:  /s/  Bijal V. Vakil
                                               Terrence P. McMahon
                                               David L. Larson
                                               Bijal V. Vakil
                                               Donna M. Tanguay, *Pro Hac Vice*
                                               John R. Fuisz, *Pro Hac Vice*
                                               Stephen K. Shahida, *Pro Hac Vice*

                                            Attorneys for Defendant and
                                            Counterclaimant
                                            MEDTRONIC, INC. AND MEDTRONIC
                                            VASCULAR, INC. (sued under its former
                                            name, MEDTRONIC AVE, INC.)

MPK 72381-1.052734.0093

MEDTRONIC, INC. AND MEDTRONIC VASCULAR, INC.'S NOTICE OF MOTION TO COMPEL         - 2 -         CASE NO. C 03-03817 JSW (WDB)