UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARDS LIFESCIENCES LLC, and ENDOGAD RESEARCH PTY LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MEDTRONIC, INC., MEDTRONIC AVE, INC., COOK INCORPORATED, and W.L. GORE & ASSOCIATES, INC.,<br><br>Defendants. | Case No. C 03-03817 JSW (WDB)<br><br>[PROPOSED] ORDER RE STIPULATED DISMISSAL WITH PREJUDICE |
| MEDTRONIC, INC. and MEDTRONIC VASCULAR, INC. f/k/a MEDTRONIC AVE, INC.,<br><br>Counterclaimants,<br><br>v.<br><br>EDWARDS LIFESCIENCES LLC and ENDOGAD RESEARCH PTY LIMITED,<br><br>Counterclaim Defendants. | |

**IT IS SO ORDERED** that, pursuant to the parties' stipulation and the confidential settlement agreement, this case and the counterclaims thereto, are hereby dismissed with prejudice. This Order does not terminate the case as to Cook Incorporated and W.L. Gore and associates and the matter remains pending, but stayed, as to those parties.

Dated: January 20, 2006

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER                                           CASE NO. C 03-03817 JSW (WDB)