IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARDS LIFESCIENCES LLC, et al.,

    Plaintiffs,

v.

MEDTRONIC, INC., et al.,

    Defendants.

No. C 03-03817 JSW

**ORDER LIFTING STAY AND SETTING CASE MANAGEMENT CONFERENCE**

In light of the judgment entered on March 29, 2006, in *Medtronic, Inc. v. Geoffrey White*, 04-2201, this Court HEREBY LIFTS the stay entered in this action.

The parties are HEREBY ORDERED to appear for a case management conference on Friday, April 28, 2006 at 1:30 p.m. A joint case management conference statement shall be due on Friday, April 21, 2006.

**IT IS SO ORDERED.**

Dated: March 31, 2006

                                JEFFREY S. WHITE
                                UNITED STATES DISTRICT JUDGE