1 | SIDLEY AUSTIN LLP
Russell L. Johnson (SBN 53833)
2 | Matthew T. Powers (SBN 124493)
555 California St., Suite 2000
3 | San Francisco, CA  94104-1715
Telephone:  (415) 772-1200
4 | Facsimile:  (415) 397-4621

5 | SIDLEY AUSTIN LLP
David T. Pritikin (*Pro Hac Vice*)
6 | Hugh A. Abrams (*Pro Hac Vice*)
One South Dearborn St.
7 | Chicago, IL  60603
Telephone:  (312) 853-7000
8 | Facsimile:  (312) 853-7036

9 | Attorneys for Plaintiffs
Edwards Lifesciences LLC
10 | and EndoGAD Research Pty Limited

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARDS LIFESCIENCES LLC,  and ENDOGAD RESEARCH PTY LIMITED,<br><br>          Plaintiffs,<br><br>     vs.<br><br>MEDTRONIC, INC.,<br>MEDTRONIC AVE, INC.,<br>COOK INCORPORATED,<br>and W. L. GORE & ASSOCIATES, INC.<br><br>          Defendants. | Civil Action No. C 03-3817 JSW (WDB)<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME OF CASE MANAGEMENT CONFERENCE PURSUANT TO L.R. 6-2 AND [PROPOSED] ORDER**<br><br>Date:        April 28, 2006<br>Time:       1:30 p.m.<br>Courtroom: 2, 17th Floor<br>Judge:       Honorable Jeffrey S. White |

STIPULATED REQUEST FOR ORDER CHANGING TIME OF CASE MANAGEMENT CONFERENCE
PURSUANT TO L.R. 6-2 AND [PROPOSED] ORDER
CASE NO.  C 03-3817 JSW (WDB)

1  In accordance with Civil L.R. 6-2 and 7-12, and with the consent and agreement
2 of all parties, we respectfully request that the Court vacate the Case Management Conference
3 currently scheduled for April 28, 2006 at 1:30 p.m. and hold the Case Management Conference
4 on May 12, 2006 at 1:30 p.m.  Plaintiff's counsel has a prior appointment that cannot be
5 rescheduled and counsel for each defendant have agreed to this date change to accommodate
6 plaintiffs' counsel.  No previous requests to change the date of this Case Management
7 Conference have been made.  It is believed that the short delay will not have a prejudicial impact
8 on the case schedule.  The Joint Case Management Statement will be due May 5, 2006.

Dated:  April  11, 2006

Respectfully submitted,

By:   /s Hugh Abrams
Attorneys for Plaintiffs
Edwards Lifesciences, LLC and EndoGAD
Research Pty Limited

SIDLEY AUSTIN LLP
Russell L. Johnson
Matthew T. Powers
555 California St., Suite 2000
San Francisco, CA  94104-1715
Telephone:  (415) 772-1200
Facsimile:  (415) 397-4621

David T. Pritikin (*Pro Hac Vice*)
Hugh A. Abrams (*Pro Hac Vice*)
One South Dearborn St.
Chicago, IL  60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

STIPULATED REQUEST FOR ORDER CHANGING TIME OF CASE MANAGEMENT CONFERENCE
PURSUANT TO L.R. 6-2 AND [PROPOSED] ORDER
CASE NO.  C 03-3817 JSW (WDB)

1

Dated: April 11, 2006

By: /s Bradley Lane
Attorneys for Defendant, Cook Inc.

BRINKS HOFER
Bradley Lane
Richard Kaplan
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL  60611
Telephone: (312) 321-4200
Facsimile:  (312) 321-4299

Dated: April 11, 2006

By: /s Christopher Hu
Attorneys for Defendant, W.L. Gore & Assoc.

Christopher K. Hu (*Pro Hac Vice*)
MORGAN & FINNEGAN, L.L.P.
345 Park Avenue
New York, NY 10154
Telephone: (212) 758-4800
Facsimile:  (212) 751-6849

STIPULATED REQUEST FOR ORDER CHANGING TIME OF CASE MANAGEMENT CONFERENCE PURSUANT TO L.R. 6-2 AND [PROPOSED] ORDER
CASE NO.  C 03-3817 JSW (WDB)

2

**ATTESTATION RE: SIGNATURE PURSUANT TO GENERAL ORDER 45 § X**

I, Ann M. Mace, declare as follows:

1. I am an attorney at the law firm of Sidley Austin LLP, counsel of record for Edwards Lifesciences LLC and EndoGAD Research Pty in the action entitled *Edwards Lifescienes, et al v. Medtronic, Inc. et al.,* Case No. 03-3817 JSW pending before this Court. I am admitted *pro hac vice* in this case. I have personal knowledge of the facts set forth in this Declaration, and, if called as a witness, could and would testify competently to such facts under oath.

2. I attest that the conformed signature of Bradley Lane, counsel of record for Cook, Inc. in the signature block of the Stipulated Request for Order Changing Time of Case Management Conference Pursuant to L.R. 6-2 and [Proposed] Order is Mr. Lane's signature and Mr. Lane authorized me to file this Stipulated Request for Order Changing Time of Case Management Conference Pursuant to L.R. 6-2 and [Proposed] Order.

3. I attest that the conformed signature of Christopher Hu, counsel of record for W.L. Gore & Assoc. in the signature block of the Stipulated Request for Order Changing Time of Case Management Conference Pursuant to L.R. 6-2 and [Proposed] Order is Mr. Hu's signature and Mr. Hu authorized me to file this Stipulated Request for Order Changing Time of Case Management Conference Pursuant to L.R. 6-2 and [Proposed] Order.

Executed on the 11th day of April 2006 at Chicago, Illinois. I declare under penalty of perjury that the foregoing is true and correct.

/s Ann M. Mace
Ann M. Mace

STIPULATED REQUEST FOR ORDER CHANGING TIME OF CASE MANAGEMENT CONFERENCE PURSUANT TO L.R. 6-2 AND [PROPOSED] ORDER
CASE NO. C 03-3817 JSW (WDB)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARDS LIFESCIENCES LLC, and ENDOGAD RESEARCH PTY LIMITED,<br><br>Plaintiffs,<br><br>vs.<br><br>MEDTRONIC, INC., MEDTRONIC AVE, INC., COOK INCORPORATED, and W. L. GORE & ASSOCIATES, INC.<br><br>Defendants. | Civil Action No. C 03-3817 JSW (WDB)<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO CHANGE TIME OF CASE MANAGEMENT CONFERENCE<br><br>Old Date:    April 28, 2006, 1:30 p.m.<br>New Date:   May 12, 2005,  1:30 p.m. |

The Court, having reviewed the attached Stipulation and finding good cause exists, hereby ORDERS that:

1. The Case Management Conference is moved from April 28, 2006, at 1:30 p.m. to May 12, 2005, at 1:30 p.m.

2. The Joint Case Management Statement will be due May 5, 2006.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _April 12, 2006_____

_____
Honorable Jeffrey S. White

STIPULATED REQUEST FOR ORDER CHANGING TIME OF CASE MANAGEMENT CONFERENCE PURSUANT TO L.R. 6-2 AND [~~PROPOSED~~] ORDER
CASE NO.  C 03-3817 JSW (WDB)

4