UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARDS LIFESCIENCES LLC and ENDOGAD RESEARCH PTY LTD., <br><br> Plaintiffs, <br><br> v. <br><br> COOK INCORPORATED and W.L. GORE & ASSOCIATES, INC., <br><br> Defendants. | Civil Action No. 03-3817 JSW <br><br> [PROPOSED] ORDER CONCERNING SECOND AMENDED COMPLAINT |

The Court hereby ORDERS:

Defendants having consented to Plaintiffs' filing of their Second Amended Complaint for Patent Infringement and Demand for Jury Trial, Plaintiffs' motion for leave to amend filed May 11, 2006 is dismissed as moot. The Second Amended Complaint is deemed served and filed as of May 19, 2006.

Defendants may have until and including June 23, 2006 to file responsive pleadings or otherwise respond to the Second Amended Complaint for Patent Infringement and Demand for Jury Trial.

This Order terminates Docket No. 322.

Dated: May 22, 2006

_____
Honorable Jeffrey S. White
United States District Judge

[PROPOSED] ORDER - CASE NO. C 03-3817 JSW

-1-

994171 v1