**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARDS LIFESCIENCES, LLC, et al.,

    Plaintiff,

    v.

COOK INCORPORATED, et al.,

    Defendants.
    /

No. C 03-03817 JSW

**ORDER SETTING CASE MANAGEMENT CONFERENCE**

    The Court HEREBY ORDERS the parties to appear for a case management conference on December 8, 2006 at 1:30 p.m. At that case management conference, the parties shall be prepared to address the upcoming *Markman* hearing, ADR options, and re-assignment of this matter to a Magistrate Judge for all further proceedings. The Court FURTHER ORDERS the parties to meet and confer in advance of this case management conference to discuss the latter two issues and to submit a case management conference statement by no later than December 1, 2006, outlining their respective positions on these issues. If counsel for any party seeks to appear at the case management conference via telephone, the Court shall permit such an appearance, and counsel need only file a notice of telephonic appearance which provides this Court with a telephone number at which they can be reached.

    **IT IS SO ORDERED.**

Dated: October 30, 2006

                      JEFFREY S. WHITE
                      UNITED STATES DISTRICT JUDGE