1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   EDWARDS LIFESCIENCES, LLC, et al.,
                                                    No. C 03-03817 JSW
10              Plaintiffs,
                                                    **ORDER GRANTING IN PART**
11      v.                                          **AND DENYING IN PART W.L.**
                                                    **GORE & ASSOCIATE'S**
12   COOK INCORPORATED, et al.,                     **ADMINISTRATIVE MOTION TO**
                                                    **FILE A SEPARATE CLAIM**
13              Defendants.                         **CONSTRUCTION BRIEF**

14   _____/

15          This matter comes before the Court upon consideration of W.L. Gore & Associate's

16   administrative motion to file a separate claim construction brief not to exceed twenty-five pages.

17   Cook does not oppose Gore's request.  Plaintiffs do not oppose Gore's request to file an

18   additional brief but do oppose Gore's request that both Cook and Gore be given leave to file

19   twenty-five page briefs.

20          The Court finds good cause to GRANT Gore leave to file a separate brief.  However, the

21   Court concurs with the Plaintiffs that two twenty-five page briefs are excessive.  The Court

22   already has granted the parties' request to construe more than ten claim terms, and the resulting

23   claim chart is 159 pages.  Moreover, Plaintiffs have already responded to the Defendants'

24   proposed constructions in one twenty-five page brief.

25          Accordingly, the Court DENIES Gore's request for leave to file a twenty-five page brief.

26   Plaintiffs offer a compromise of a fifteen page joint brief and separate briefs totaling no more

27   than five pages.  The Court shall grant Gore and Cook each leave to file twenty page briefs.  In

28   the alternative, if Gore and Cook wish to use some of their page limits in a joint brief, they may

     do so and may utilize the balance in separate briefs.

*United States District Court*

*For the Northern District of California*

**United States District Court**

For the Northern District of California

1    In turn, Plaintiffs, if they believe it is necessary, may seek leave to file reply briefs in

2    excess of fifteen pages.  In light of this development, and its unavailability at the time Gore's

3    motion was filed, the Court also shall extend the time by which the parties briefs may be filed.

4    The Defendants' responsive brief(s) shall be due on November 30, 2006.  Plaintiffs reply

5    brief(s) shall be due on December 15, 2006.

6    The January 17, 2007 tutorial and January 24, 2007 *Markman* hearing are VACATED.

7    The Court shall reset the dates for those hearings at the case management conference on

8    December 8, 2006, but proposes March 7, 2007 for the tutorial and March 14, 2007 for the

9    *Markman*.

10   **IT IS SO ORDERED.**

11

12   Dated: November 20, 2006

                                        JEFFREY S. WHITE
13                                      UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28