IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARDS LIFESCIENCES, LLC, et al.,

    Plaintiff,

v.

COOK INCORPORATED, et al.,

    Defendants.
    /

No. C 03-03817 JSW

**ORDER VACATING CASE MANAGEMENT CONFERENCE**

The Court has considered the parties' joint case management statement and HEREBY ORDERS as follows:

1. The Case Management Conference set for December 8, 2006 at 1:30 p.m. is VACATED. If the parties wish to have a case management conference at any point prior to the tutorial and *Markman* hearings, they may file a motion for administrative relief to have the matter put on the Court's regular Case Management Conference calendar.

2. Plaintiff's reply claim construction brief(s) are due on January 12, 2007 and shall not exceed a total of 30 pages.

3. The tutorial shall be held on March 7, 2007 at 2:00 p.m. and the *Markman* hearing shall be held on March 14, 2007 at 2:00 p.m.

4. The parties shall complete a further mediation session with former Magistrate Judge Infante prior to the *Markman* hearing, subject to Magistrate Judge Infante's availability.

5. The parties shall submit a joint ADR status report to the Court by no later than February 23, 2007.

**IT IS SO ORDERED.**

Dated: December 4, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE