UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARDS LIFESCIENCES LLC and ENDOGAD RESEARCH PTY LTD., <br><br> Plaintiffs, <br><br> v. <br><br> COOK INCORPORATED and W.L. GORE & ASSOCIATES, INC., <br><br> Defendants. | Civil Action No. 03-3817 JSW (WDB) <br><br> **[PROPOSED] ORDER GRANTING STIPULATION TO AMEND STIPULATED PROTECTIVE ORDER** <br><br> Honorable Jeffrey S. White |

The Court, having reviewed the Stipulation to Amend Stipulated Protective Order submitted by counsel, and finding good cause exists for the entry of the Stipulation to Amend Stipulated Protective Order, hereby ORDERS that the Stipulated Protective Order of June 25, 2004 be amended to hereafter include the provisions of the Stipulation to Amend Stipulated Protective Order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 7, 2006

_____
Honorable Jeffrey S. White
United States District Court Judge

[PROPOSED] ORDER - CASE NO. C 03-3817 JSW (WDB)
-1-

994171 v1