UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                              :
EDWARDS LIFESCIENCES LLC, and                 :
ENDOGAD RESEARCH PTY LIMITED,                 :
                                              :
                    Plaintiffs,               :   Civil Action No. C 03-3817 JSW
                                              :
           vs.                                :   [PROPOSED] ORDER GRANTING
                                                  SUPPLEMENTAL STIPULATED
COOK INCORPORATED,                            :   PROTECTIVE ORDER GOVERNING
and W.L. GORE & ASSOCIATES, INC.                  PRIVACY OF INDIVIDUALLY
                                              :   IDENTIFIABLE HEALTH
                    Defendants.                   INFORMATION
                                              :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

The Court, having reviewed the Supplemental Stipulated Protective Order Governing Privacy Of Individually Identifiable Health Information ("HIPAA Protective Order") submitted by counsel, and finding good cause exists for the entry of the HIPAA Protective Order, hereby ORDERS that the provisions of the HIPAA Protective Order shall apply to this case.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 29, 2007

_____
Honorable Judge Jeffrey S. White
United States District Court Judge

[PROPOSED] ORDER GRANTING
SUPPLEMENTAL STIPULATED PROTECTIVE ORDER
C 03-3817 JSW

1029045 v1