UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARDS LIFESCIENCES LLC and ENDOGAD RESEARCH PTY LIMITED,<br><br>　　　Plaintiffs/Counterclaim Defendants,<br><br>　　　v.<br><br>COOK INCORPORATED and W.L. GORE & ASSOCIATES, INC.,<br><br>　　　Defendants/Counterclaim Plaintiffs. | Civil Action No. 03-3817 JSW (WDB)<br><br>Action Filed: August 15, 2003<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5(d)<br><br>Date:　March 28, 2007<br>Time:　1:30 p.m.<br>Place:　Courtroom 4, 3rd Floor<br>Judge:　Hon. Wayne D. Brazil |

In consideration of PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5(d), and all papers and arguments related thereto, including the DECLARATION OF JASON S. TAKENOUCHI PURSUANT TO CIVIL L.R. 79-5(d) REGARDING THE LICENSE AND MUTUAL SUPPORT AGREEMENT ATTACHED AS EXHIBIT 3 TO ANN MACE'S DECLARATION OF JANUARY 26, 2007,

IT IS HEREBY ORDERED that said Motion be and hereby is GRANTED. The following items will be filed under seal: (1) Exhibit 3 to the Declaration of Ann Mace filed on January 26, 2007, (2) Page 6, line 28 to Page 7, line 1 of Plaintiffs' Motion for Order Granting Leave to Prevent Retaking Discovery and Testimony from Related Case ("Motion"), and (3) Page 7, lines 21-24 of Plaintiffs' Motion.

Dated: 2/2/07

/s/ Wayne D. Brazil

Hon. Wayne D. Brazil
United States Magistrate Judge