SIDLEY AUSTIN LLP
Russell L. Johnson (SBN 53833)
Matthew T. Powers (SBN 124493)
Carrie W. Cotter (*Pro Hac Vice*)
555 California St., Suite 5000
San Francisco, CA  94104-1715
Telephone:  (415) 772-1200
Facsimile:  (415) 397-4621

SIDLEY AUSTIN LLP
Hugh A. Abrams (*Pro Hac Vice*)
Richard McCaulley (*Pro Hac Vice*)
Lisa A. Schneider (*Pro Hac Vice*)
One S. Dearborn St.
Chicago, IL  60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

Attorneys for Plaintiffs
Edwards Lifesciences LLC
and EndoGAD Research Pty Limited

BRINKS HOFER GILSON & LIONE
Richard A. Kaplan (*Pro Hac Vice*)
Bradley G. Lane (*Pro Hac Vice*)
Thomas J. Filarski (*Pro Hac Vice*)
Jeffry M. Nichols (*Pro Hac Vice*)
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL  60611
Telephone:  (312) 321-4200
Facsimile:  (312) 321-4299

Attorneys for Defendant Cook Incorporated

MORGAN & FINNEGAN, L.L.P.
David H. Pfeffer (*Pro Hac Vice*)
Christopher K. Hu (*Pro Hac Vice*)
John T. Gallagher (*Pro Hac Vice*)
Jennifer BianRosa (*Pro Hac Vice*)
3 World Financial Center
New York, NY  10281-2101
Telephone:  (212) 758-4800
Facsimile:  (212) 751-6849

Attorneys for Defendant W.L. Gore & Associates, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARDS LIFESCIENCES LLC, and ENDOGAD RESEARCH PTY LIMITED,<br><br>Plaintiffs,<br><br>vs.<br><br>COOK INCORPORATED and W. L. GORE & ASSOCIATES, INC.,<br><br>Defendants. | Civil Action No. C 03-3817 JSW (WDB)<br><br>**JOINT [PROPOSED] ORDER ALLOWING EQUIPMENT AT TUTORIAL**<br><br>**TUTORIAL DATE:  MARCH 7, 2007** |

Edwards Lifesciences LLC, EndoGAD Research Pty Limited, Cook Incorporated and W.L. Gore & Associates, Inc., hereby submit the following list of presentation and video

equipment to be brought into the courtroom for use at the Tutorial scheduled to commence on March 7, 2007:

    1 – LCD Data Projector 5300 Lumens;

    1 – 8-port VGA Distribution Amp;

    1 – 80" Diagonal Insta-Theater (Pull-Up) Screen;

    1 – 6-way VGA Video Switch;

    2 – AV Carts with Skirts;

    4 – 17" flat panel displays;

    4 – Easels;

    1 – Dry Erase Easel;

    3 – Large Easel Notepads;

    4 – Laptop Computers;

    1 – JVC GYDV300 Digital Video Camera;

    1 – Sure M267 audio mixer;

    3 – Sony Lavilier ECM-44B microphones;

    1 – Edirol V-4 4 Channel Video Mixer;

    1 – Sony Scan DSC 10-24 Scan Converter;

    1 – Sony 9" PVM;

    1 – Panasonic AG-DV2000 DV Recorder;

    1 – Panasonic DMR-S25 DVD Recorder;

    Associated Cables.

Darren Buchbinder and/or Cortney Chase of DecisionQuest, David Norkiewicz of FTI, Dee Patel of Aquipt, and Matthew Richichi of Legal Digital Technologies are authorized to bring this equipment into the courtroom. In addition, each attorney may bring a laptop computer for use in the courtroom.

1 | Plans have been tentatively made with Judge White's Courtroom Deputy to set up
2 | the aforementioned equipment at 1:15 p.m. on Tuesday, March 6, 2007.

4 | **IT IS SO ORDERED.**

6 | Dated: March 2, 2007

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

3
JOINT [~~PROPOSED~~] ORDER ALLOWING EQUIPMENT AT TUTORIAL -- CASE NO. 03-3817 JSW

SF1 1449809v.1