IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARDS LIFESCIENCES LLC, et al., | |
| Plaintiffs, | No. C 03-03817 JSW |
| v. | **ORDER RE CLAIM CONSTRUCTION HEARING** |
| COOK INCORPORATED, et al. | |
| Defendants. | |

The parties have submitted excerpts of the prosecution histories of the patents-in-suit in support of their respective positions on claim construction. To assist the Court and to provide context for those excerpts, the parties are HEREBY ORDERED to submit the complete file wrapper histories of each of the patents-in-suit by Friday, March 9, 2007.

**IT IS SO ORDERED.**

Dated: March 7, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE