SIDLEY AUSTIN LLP
Russell L. Johnson (SBN 53833)
Matthew T. Powers (SBN 124493)
Carrie W. Cotter (*Pro Hac Vice*)
555 California St., Suite 5000
San Francisco, CA  94104-1715
Telephone:  (415) 772-1200
Facsimile:  (415) 397-4621

SIDLEY AUSTIN LLP
Hugh A. Abrams (*Pro Hac Vice*)
Richard McCaulley (*Pro Hac Vice*)
Lisa A. Schneider (*Pro Hac Vice*)
One S. Dearborn St.
Chicago, IL  60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

Attorneys for Plaintiffs
Edwards Lifesciences LLC
and EndoGAD Research Pty Limited

BRINKS HOFER GILSON & LIONE
Richard A. Kaplan (*Pro Hac Vice*)
Bradley G. Lane (*Pro Hac Vice*)
Thomas J. Filarski (*Pro Hac Vice*)
Jeffry M. Nichols (*Pro Hac Vice*)
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL  60611
Telephone:  (312) 321-4200
Facsimile:  (312) 321-4299

Attorneys for Defendant Cook Incorporated

MORGAN & FINNEGAN, L.L.P.
David H. Pfeffer (*Pro Hac Vice*)
Christopher K. Hu (*Pro Hac Vice*)
John T. Gallagher (*Pro Hac Vice*)
Jennifer BianRosa (*Pro Hac Vice*)
3 World Financial Center
New York, NY  10281-2101
Telephone:  (212) 758-4800
Facsimile:  (212) 751-6849

Attorneys for Defendant W.L. Gore &
Associates, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARDS LIFESCIENCES LLC, and ENDOGAD RESEARCH PTY LIMITED,<br><br>Plaintiffs,<br><br>vs.<br><br>COOK INCORPORATED and W. L. GORE & ASSOCIATES, INC.,<br><br>Defendants. | Civil Action No. C 03-3817 JSW (WDB)<br><br>**JOINT [PROPOSED] ORDER ALLOWING EQUIPMENT AT CLAIM CONSTRUCTION HEARING**<br><br>**HEARING DATE:  MARCH 14, 2007** |

Edwards Lifesciences LLC, EndoGAD Research Pty Limited, Cook Incorporated and W.L. Gore & Associates, Inc., hereby submit the following list of presentation and video

1  equipment to be brought into the courtroom for use at the Claim Construction Hearing scheduled
2  to commence on March 14, 2007:
3        1 – LCD Data Projector 5300 Lumens;
4        1 – 8-port VGA Distribution Amp;
5        1 – 80" Diagonal Insta-Theater (Pull-Up) Screen;
6        1 – 6-way VGA Video Switch;
7        2 – AV Carts with Skirts;
8        4 – 17" flat panel displays;
9        4 – Easels;
10       1 – Dry Erase Easel;
11       3 – Large Easel Notepads;
12       4 – Laptop Computers;
13       Associated Cables.
14       Darren Buchbinder and/or Cortney Chase of DecisionQuest, David Norkiewicz of
15 FTI, and Dee Patel of Aquipt are authorized to bring this equipment into the courtroom.  In
16 addition, each attorney may bring a laptop computer for use in the courtroom.
17       Plans have been tentatively made with Judge White's Courtroom Deputy to set up
18 the aforementioned equipment at 1:15 p.m. on Tuesday, March 13, 2007.
19
20       **IT IS SO ORDERED.**
21
22 Dated: March 7, 2007
23       _____
      JEFFREY S. WHITE
      UNITED STATES DISTRICT JUDGE