UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARDS LIFESCIENCES LLC and ENDOGAD RESEARCH PTY LIMITED,<br><br>    Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>COOK INCORPORATED and W.L. GORE & ASSOCIATES, INC.,<br><br>    Defendants/Counterclaim Plaintiffs. | Civil Action No. 03-3817 JSW (WDB)<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT COOK INCORPORATED'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5(B) AND (C) |

In consideration of DEFENDANT COOK INCORPORATED'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5(B) AND (C), IT IS HEREBY ORDERED that said Request be and hereby is GRANTED. The following items will be filed under seal: (1) Exhibit 6 to the Declaration of Jeff Nichols in Support of Cook's Opposition to Plaintiffs' Motion to Compel; and (2) Page 4, lines 12-16 of Cook's Opposition To Plaintiffs' Motion For Order Compelling Production Of Documents From Defendant Cook Involving Related Litigation And License Agreement.

SO ORDERED:

Dated: April 12, 2007

_____,
Honorable Wayne D. Brazil
United States Magistrate Judge