IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARDS LIFESCIENCES, LLC, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>COOK INCORPORATED, et al.,<br><br>  Defendants.<br>_____/ | No. C 03-03817 JSW<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

On March 28, 2007, Magistrate Judge Brazil issued a report and recommendation regarding the use of deposition testimony taken in *Medtronic v. White*, Case 04-CV-2201 in this case. No party has filed objections to the Report and Recommendation within the required time period.

Having considered the Report and Recommendation, the Court it correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, the parties shall be permitted to use deposition testimony from the *Medtronic v. White* case subject to the conditions set forth in Magistrate Judge Brazil's Report and Recommendation.

**IT IS SO ORDERED.**

Dated: April 13, 2007

　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE