CHAMBERS COPY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

FILED

MAY -2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| EDWARDS LIFESCIENCES LLC and ENDOGAD RESEARCH PTY LIMITED,<br><br>Plaintiff/Counterclaim Defendants,<br><br>vs.<br><br>COOK INCORPORATED and W.L. GORE & ASSOCIATES, INC.,<br><br>Defendant/Counterclaim Plaintiffs. | Case No. 03-3817 JSW (WDB)<br><br>Assigned to: Magistrate Judge Wayne D. Brazil<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIV. L.R. 79-5(D)** |

This Court, having considered Plaintiffs' Administrative Motion to File Under Seal Pursuant to Civ. L.R. 79-5(D), hereby ORDERS:

1. Plaintiffs' Motion is GRANTED.

Dated: May 2, 2007

HONORABLE WAYNE D. BRAZIL
UNITED STATES DISTRICT JUDGE

1
[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
PURSUANT TO CIV. L.R. 79-5(D)
CASE NO. 03-2817 JSW (WDB)

SF1 1460377v.1