1  [SEE SIGNATURE PAGES FOR COUNSEL NAMES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARDS LIFESCIENCES LLC and ENDOGAD RESEARCH PTY LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>COOK INCORPORATED and W.L. GORE & ASSOCIATES, INC.,<br><br>Defendants. | No. C 03-3817 JSW (WDB)<br><br>[PROPOSED] ORDER AND STIPULATION REGARDING ISSUANCE OF COMMISSION FOR TAKING DEPOSITIONS IN AUSTRALIA<br><br>Judge Jeffrey S. White<br>Magistrate Judge Wayne D. Brazil |

Plaintiffs, Edwards Lifesciences LLC and EndoGAD Research Pty Limited, and Defendants, Cook Incorporated and W.L. Gore & Associates, Inc., by and through their undersigned counsel, hereby submit this Joint Stipulation Regarding Issuance of Commission for Taking Depositions in Australia. The stipulation is based on the following recitals.

WHEREAS, on May 9, 2007, the Court entered its Order Following Hearing on Plaintiffs' Motion to Compel Defendant Cook; Defendant Cook's Motion to Compel; and Defendant Gore's Motion to Compel (*see* Docket #473);

WHEREAS, the Order states, among other things, that Plaintiffs must offer Doctors Yu and White for deposition (*see* Order at 2:20-24);

WHEREAS, Doctors Yu and White are Australian nationals who live and work in Australia;

WHEREAS, the depositions of Doctors Yu and White are currently scheduled for June 27, 28, and 29 in Sydney, Australia, as indicated in the Notice of Deposition of Dr. Weiyun Yu (attached as Exhibit A) and Notice of Deposition of Dr. Geoffrey White (attached as Exhibit B);

1  WHEREAS, Dr. White and Dr. Yu have previously appeared for depositions in the United
2  States in this action;

3  WHEREAS, Dr. White and Dr. Yu have agreed to voluntarily appear for further
4  depositions in Australia;

5  WHEREAS, the parties request that the Court issue a commission pursuant to FED. R. CIV.
6  P. 28(b) for purposes of taking these depositions in Australia;

7  NOW, THEREFORE, the parties jointly stipulate to the issuance of a commission by the
8  Court – directed to the attorneys representing the parties and the court reporter retained to attend
9  and transcribe the depositions – to administer the oath and take testimony in Australia from
10 these witnesses, pursuant to FED. R. CIV. P. 28(b).

11 Dated: June 18, 2007        By:        s/ Hugh A. Abrams
12                                        David T. Pritikin
13                                        Hugh A. Abrams
                                          Richard T. McCaulley
14                                        SIDLEY AUSTIN LLP
                                          One S. Dearborn Street
                                          Chicago, Illinois 60603

                                          Russell L. Johnson
                                          Matthew T. Powers
                                          Carrie W. Cotter (Pro Hac Vice)
                                          SIDLEY AUSTIN LLP
                                          555 California Street, Suite 5000
                                          San Francisco, California 94104-1715

                                          *Attorneys for Plaintiffs,*
                                          EDWARDS LIFESCIENCES LLC and
                                          ENDOGAD RESEARCH PTY LIMITED

22 Dated: June 18, 2007        By:        s/ Jeffry M. Nichols
                                          Richard A. Kaplan
                                          Thomas J. Filarski
                                          Bradley G. Lane
                                          Jeffry M. Nichols
                                          Julie L. Leichtman
                                          BRINKS HOFER GILSON & LIONE
                                          NBC Tower, Suite 3600
                                          455 North Cityfront Plaza Drive
                                          Chicago, Illinois 60611-5599

                                          Dirk M. Schenkkan (No. 72533)
                                          Jeffrey E. Faucette (No. 193066)

HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
A Professional Corporation

```
                                        Jason S. Takenouchi (No. 234835)
                                        HOWARD RICE NEMEROVSKI CANADY
                                         FALK & RABKIN
                                        A Professional Corporation
                                        Three Embarcadero Center, 7th Floor
                                        San Francisco, California 94111-4024

                                        Attorneys for Defendant,
                                        COOK INCORPORATED
```

Dated: June 18, 2007           By:      s/ Jennifer Bianrosa

                                        David H. Pfeffer
                                        Christopher K. Hu
                                        Gerard A. Haddad
                                        Jennifer Bianrosa
                                        MORGAN & FINNEGAN, L.L.P.
                                        3 World Financial Center
                                        New York, NY 10281-2101

                                        Mark J. Linderman
                                        John Querio
                                        SONNENSCHEIN NATH & ROSENTHAL
                                        525 Market Street, 26th Floor
                                        San Francisco, CA 94105

                                        *Attorneys for Defendant,*
                                        W.L. GORE & ASSOCIATES, INC.

I, Jeffry M. Nichols, am the ECF User whose ID and password are being used to file this [PROPOSED] ORDER AND STIPULATION REGARDING ISSUANCE OF COMMISSION FOR TAKING DEPOSITIONS IN AUSTRALIA. In compliance with General Order 45, X.B., I hereby attest that Hugh A. Abrams and Jennifer Bianrosa have concurred in this filing.

Dated: June 18, 2007           By:      s/ Jeffry M. Nichols

1    PURSUANT TO STIPULATION AND FED. R. CIV. P. 28(B), IT IS HEREBY
2    ORDERED that the attorneys representing the parties and/or the court reporter retained to attend
3    and transcribe the depositions of Dr. Weiyun Yu and Dr. Geoffrey White on June 27, 28 and 29,
4    2007, are commissioned to administer the oath and take testimony from the witnesses in
5    Australia.

**IT IS SO ORDERED:**

*June 21, 2007*
Date

*Wayne D. Brazil*
Magistrate Judge Wayne D. Brazil

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

# PROOF OF SERVICE

I, Kinson Yee, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is Three Embarcadero Center, 7th Floor San Francisco, California 94111-4024. On June 18, 2007, I served the following document(s) described as: [PROPOSED] ORDER AND STIPULATION REGARDING ISSUANCE OF COMMISSION FOR TAKING DEPOSITIONS IN AUSTRALIA, as follows:

| VIA E-MAIL & FEDERAL EXPRESS: | VIA E-MAIL & FEDERAL EXPRESS: |
|---|---|
| Russell L. Johnson (rljohnson@sidley.com) Matthew T. Powers (mpowers@sidley.com) SIDLEY AUSTIN LLP 555 California Street, Suite 5000 San Francisco, California 94104-1715 | Mark J. Linderman (mlinderman@sonnenschein.com) John Querio (jquerio@sonnenschein.com) SONNENSCHEIN NATH & ROSENTHAL 525 Market Street, 26th Floor San Francisco, CA 94105 |
| **VIA E-MAIL & FEDERAL EXPRESS:** David T. Pritikin (dpritikin@sidley.com) Hugh A. Abrams (habrams@sidley.com) Carrie W. Cotter (ccotter@sidley.com) SIDLEY AUSTIN LLP One S. Dearborn Street Chicago, Illinois 60603 | **VIA E-MAIL & FEDERAL EXPRESS:** David H. Pfeffer (dpfeffer@morganfinnegan.com) Christopher K. Hu (chu@morganfinnegan.com) John T. Gallagher (jgallagher@morganfinnegan.com) Jennifer Bianrosa (jbianrosa@morganfinnegan.com) MORGAN & FINNEGAN, L.L.P. 3 World Financial Center New York, NY 10281-2101 |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on June 18, 2007.

_[signature]_

```
 1  Richard A. Kaplan, Pro Hac Vice
    Thomas J. Filarski, Pro Hac Vice
 2  Bradley G. Lane, Pro Hac Vice
    Jeffry M. Nichols, Pro Hac Vice
 3  Julie L. Leichtman, Pro Hac Vice
    BRINKS HOFER GILSON & LIONE
 4  NBC Tower, Suite 3600
    455 North Cityfront Plaza Drive
 5  Chicago, Illinois  60611-5599
    Telephone: 312/321-4200
 6  Facsimile:  312/321-4299

 7  Dirk M. Schenkkan (No. 72533)
    Jeffrey E. Faucette (No. 193066)
 8  Jason S. Takenouchi (No. 234835)
    HOWARD RICE NEMEROVSKI
 9      CANADY FALK & RABKIN
    A Professional Corporation
10  Three Embarcadero Center, 7th Floor
    San Francisco, California  94111-4024
11  Telephone: 415/434-1600
    Facsimile:  415/217-5910
12
    Attorneys for Defendant,
13  COOK INCORPORATED
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARDS LIFESCIENCES LLC and ENDOGAD RESEARCH PTY LIMITED,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>COOK INCORPORATED and W.L. GORE & ASSOCIATES, INC.,<br><br>Defendants/Counterclaim Plaintiffs. | Civil Action No. 03-3817 JSW (WDB)<br><br>**COOK'S NOTICE OF DEPOSITION OF WEIYUN YU**<br><br>Judge Jeffrey S. White<br>Magistrate Judge Wayne D. Brazil |

TO: COUNSEL OF RECORD ON THE ATTACHED SERVICE LIST

Pursuant to Magistrate Judge Brazil's Order dated May 9, 2007, PLEASE TAKE NOTICE that, commencing at 8:30 a.m. on June 28, 2007, at a conference room at the Shangri-

La Hotel Sydney, 176 Cumberland Street, The Rocks, Sydney NSW 2000, Australia, or at such other time and/or place as the parties mutually agree, Cook Incorporated, by its attorneys, will take the deposition of WEIYUN YU in connection with the above-captioned action.

The deposition will take place upon oral examination pursuant to Federal Rule of Civil Procedure 30, and will be recorded by sound, sound-and-visual (*e.g.*, video), and/or stenographic means before a notary public or other officer authorized by law to administer oaths. The deposition will continue from day-to-day until completed, with such adjournments as to time and place as may be necessary.

You are requested to produce the witness at the stated time and place and are invited to attend and cross-examine.

Dated: June 18, 2007   By:   /s/ Jeff Nichols

Richard A. Kaplan
Thomas J. Filarski
Bradley G. Lane
Jeffry M. Nichols
Julie L. Leichtman
BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611-5599

Dirk M. Schenkkan (No. 72533)
Jeffrey E. Faucette (No. 193066)
Jason S. Takenouchi (No. 234835)
HOWARD RICE NEMEROVSKI CANADY
   FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024

*Attorneys for Defendant,*
COOK INCORPORATED

## PROOF OF SERVICE

I, Jeff Nichols, declare:

I am a resident of the State of Illinois and over the age of eighteen years, and not a party to the within action. On June 18, 2007, I served the following document(s) described as: COOK'S NOTICE OF DEPOSITION OF WEIYUN YU,

| VIA E-MAIL & FEDERAL EXPRESS: | VIA E-MAIL & FEDERAL EXPRESS: |
|---|---|
| Russell L. Johnson<br>(rljohnson@sidley.com)<br>Matthew T. Powers<br>(mpowers@sidley.com)<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 5000<br>San Francisco, California 94104-1715 | Mark J. Linderman<br>(mlinderman@sonnenschein.com)<br>John Querio<br>(jquerio@sonnenschein.com)<br>SONNENSCHEIN NATH & ROSENTHAL<br>685 Market Street, 6th Floor<br>San Francisco, CA 94105 |
| **VIA E-MAIL & FEDERAL EXPRESS:** | **VIA E-MAIL & FEDERAL EXPRESS:** |
| David T. Pritikin<br>(dpritikin@sidley.com)<br>Hugh A. Abrams<br>(habrams@sidley.com)<br>Carrie W. Cotter<br>(ccotter@sidley.com)<br>SIDLEY AUSTIN LLP<br>One S. Dearborn Street<br>Chicago, Illinois 60603 | David H. Pfeffer<br>(dpfeffer@morganfinnegan.com)<br>Christopher K. Hu<br>(chu@morganfinnegan.com)<br>John T. Gallagher<br>(jgallagher@morganfinnegan.com)<br>Jennifer Bianrosa<br>(jbianrosa@morganfinnegan.com)<br>MORGAN & FINNEGAN, L.L.P.<br>3 World Financial Center<br>New York, NY 10281-2101 |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Chicago, Illinois on June 18, 2007.

*/s/ Jeff Nichols*

| | |
|---|---|
| 1 | Richard A. Kaplan, *Pro Hac Vice* |
| | Thomas J. Filarski, *Pro Hac Vice* |
| 2 | Bradley G. Lane, *Pro Hac Vice* |
| | Jeffry M. Nichols, *Pro Hac Vice* |
| 3 | Julie L. Leichtman, *Pro Hac Vice* |
| | BRINKS HOFER GILSON & LIONE |
| 4 | NBC Tower, Suite 3600 |
| | 455 North Cityfront Plaza Drive |
| 5 | Chicago, Illinois 60611-5599 |
| | Telephone: 312/321-4200 |
| 6 | Facsimile: 312/321-4299 |
| 7 | Dirk M. Schenkkan (No. 72533) |
| | Jeffrey E. Faucette (No. 193066) |
| 8 | Jason S. Takenouchi (No. 234835) |
| | HOWARD RICE NEMEROVSKI |
| 9 | CANADY FALK & RABKIN |
| | A Professional Corporation |
| 10 | Three Embarcadero Center, 7th Floor |
| | San Francisco, California 94111-4024 |
| 11 | Telephone: 415/434-1600 |
| | Facsimile: 415/217-5910 |
| 13 | *Attorneys for Defendant,* |
| | COOK INCORPORATED |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARDS LIFESCIENCES LLC and ENDOGAD RESEARCH PTY LIMITED, | Civil Action No. 03-3817 JSW (WDB) |
| Plaintiffs/Counterclaim Defendants, | **COOK'S NOTICE OF DEPOSITION OF GEOFFREY WHITE** |
| v. | Judge Jeffrey S. White |
| COOK INCORPORATED and W.L. GORE & ASSOCIATES, INC., | Magistrate Judge Wayne D. Brazil |
| Defendants/Counterclaim Plaintiffs. | |

TO: COUNSEL OF RECORD ON THE ATTACHED SERVICE LIST

Pursuant to Magistrate Judge Brazil's Order dated May 9, 2007, PLEASE TAKE

NOTICE that, commencing at 8:30 a.m. on June 27, 2007, at a conference room at the Shangri-

La Hotel Sydney, 176 Cumberland Street, The Rocks, Sydney NSW 2000, Australia, or at such other time and/or place as the parties mutually agree, Cook Incorporated, by its attorneys, will take the deposition of GEOFFREY WHITE in connection with the above-captioned action.

The deposition will take place upon oral examination pursuant to Federal Rule of Civil Procedure 30, and will be recorded by sound, sound-and-visual (*e.g.*, video), and/or stenographic means before a notary public or other officer authorized by law to administer oaths. The deposition will continue from day-to-day until completed, with such adjournments as to time and place as may be necessary.

You are requested to produce the witness at the stated time and place and are invited to attend and cross-examine.

Dated: June 18, 2007        By: /s/ Jeff Nichols
                                Richard A. Kaplan
                                Thomas J. Filarski
                                Bradley G. Lane
                                Jeffry M. Nichols
                                Julie L. Leichtman
                                BRINKS HOFER GILSON & LIONE
                                NBC Tower, Suite 3600
                                455 North Cityfront Plaza Drive
                                Chicago, Illinois 60611-5599

                                Dirk M. Schenkkan (No. 72533)
                                Jeffrey E. Faucette (No. 193066)
                                Jason S. Takenouchi (No. 234835)
                                HOWARD RICE NEMEROVSKI CANADY
                                 FALK & RABKIN
                                A Professional Corporation
                                Three Embarcadero Center, 7th Floor
                                San Francisco, California 94111-4024

                                *Attorneys for Defendant,*
                                COOK INCORPORATED

## PROOF OF SERVICE

I, Jeff Nichols, declare:

I am a resident of the State of Illinois and over the age of eighteen years, and not a party to the within action. On June 18, 2007, I served the following document(s) described as: COOK'S NOTICE OF DEPOSITION OF GEOFFREY WHITE,

| VIA E-MAIL & FEDERAL EXPRESS: | VIA E-MAIL & FEDERAL EXPRESS: |
|---|---|
| Russell L. Johnson<br>(rljohnson@sidley.com)<br>Matthew T. Powers<br>(mpowers@sidley.com)<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 5000<br>San Francisco, California 94104-1715 | Mark J. Linderman<br>(mlinderman@sonnenschein.com)<br>John Querio<br>(jquerio@sonnenschein.com)<br>SONNENSCHEIN NATH & ROSENTHAL<br>685 Market Street, 6th Floor<br>San Francisco, CA 94105 |
| **VIA E-MAIL & FEDERAL EXPRESS:** | **VIA E-MAIL & FEDERAL EXPRESS:** |
| David T. Pritikin<br>(dpritikin@sidley.com)<br>Hugh A. Abrams<br>(habrams@sidley.com)<br>Carrie W. Cotter<br>(ccotter@sidley.com)<br>SIDLEY AUSTIN LLP<br>One S. Dearborn Street<br>Chicago, Illinois 60603 | David H. Pfeffer<br>(dpfeffer@morganfinnegan.com)<br>Christopher K. Hu<br>(chu@morganfinnegan.com)<br>John T. Gallagher<br>(jgallagher@morganfinnegan.com)<br>Jennifer Bianrosa<br>(jbianrosa@morganfinnegan.com)<br>MORGAN & FINNEGAN, L.L.P.<br>3 World Financial Center<br>New York, NY 10281-2101 |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Chicago, Illinois on June 18, 2007.

*/s/ Jeff Nichols*