UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARDS LIFESCIENCES LLC, et al.<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MEDTRONIC, INC., et al.<br><br>　　　　　Defendants.<br>_____/ | No. C 03-3817  JSW (WDB)<br><br>**ORDER FOLLOWING RECEIPT OF AUGUST 7, 2007, LETTER FROM DEFENDANT GORE REGARDING NEED FOR EXPEDITED TELEPHONE CONFERENCE** |

　　On August 7, 2007, Defendant Gore filed a letter seeking an expedited telephone conference with the undersigned to resolve a dispute with Plaintiffs about the amount of additional time that Doctors Yu and White will be made available for upcoming depositions in Australia.  Having reviewed and considered Defendant Gore's letter, and a response filed by Plaintiffs, the Court DENIES Gore's request for a telephone conference and DENIES Gore's request that Doctors Yu and White be made available for two further days of deposition.  Each Defendant may depose Doctors Yu and White for one additional day for all purposes — not only for purposes of eliciting testimony on dates for conception and reduction to practice.

IT IS SO ORDERED.

Dated:  August 9, 2007

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　WAYNE D. BRAZIL
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

cc:  parties, JSW, WDB, stats