IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARDS LIFESCIENCES LLC and
ENDOGAD RESEARCH PTY LTD,

    Plaintiffs,

v.

COOK INCORPORATED, and W.L. GORE &
ASSOCIATES, INC.,

    Defendants.

No. C 03-03817 JSW

**ORDER SETTING CASE
MANAGEMENT CONFERENCE**

The Court has received the parties' Joint Case Management Conference Statement and HEREBY SETS a case management conference for September 14, 2007 at 1:30 p.m.

The Court is inclined to adopt Plaintiffs' and Gore's proposed schedules and is inclined to set the last date to hear dispositive motions in accordance with Plaintiffs' proposed schedule. Although that would not preclude any party from filing a motion for summary judgment before that date, the Court would be inclined to look favorably on motions to continue such hearings if a party is able to demonstrate that additional discovery is required to respond to a motion. If the parties are able to resolve their differences over scheduling, in light of this Order, they may submit a revised proposed case management order for the Court's signature by September 7, 2007, and the Court will vacate the case management conference set for September 14, 2007.

The Court also notes for the parties that the deadlines to submit pretrial submissions will be governed by the date of the pretrial conference. *See* Guidelines for Trial and Final Pretrial

1  Conference in Civil Jury Cases, ¶ 1.

2  **IT IS SO ORDERED.**

4  Dated: August 24, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE