IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARDS LIFESCIENCES LLC, et al.,

    Plaintiffs,

v.

COOK INCORPORATED, et al.,

    Defendants.

No. C 03-03817 JSW

**ORDER SETTING HEARING DATE AND BRIEFING SCHEDULE ON COOK INCORPORATED'S MOTION FOR SUMMARY JUDGMENT**

On November 2, 2007, Defendant Cook Incorporated ("Cook") filed a motion for summary judgment of non-infringement and noticed the motion for hearing on January 11, 2008, and simultaneously submitted a proposed order setting a briefing schedule on the motion. Cook did not formally move the Court to adopt that briefing schedule until November 6, 2007, after Plaintiffs had filed their response to Cook's proposal.

The matter is now at issue, and based upon the parties' submissions, the Court HEREBY ORDERS AS FOLLOWS:

1. The hearing on Cook's motion for summary judgment shall be held on **Friday, February 1, 2008 at 9:00 a.m.**

2. Plaintiffs' opposition to Cook's motion shall be due on **Monday** December 17, 2007.

3. Cook's Reply shall be due on **Friday**, January 11, 2008.

There shall be no modifications to this schedule absent a request from a party which demonstrates good cause for any such modification.

**IT IS SO ORDERED.**

Dated: November 6, 2007

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE