IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARDS LIFESCIENCES, LLC, et al.,

    Plaintiffs,

v.

COOK INCORPORATED, et al.

    Defendants.

No. C 03-03817 JSW

**ORDER DENYING COOK'S ADMINISTRATIVE REQUEST TO SEAL EXHIBIT O TO NICHOLS DECLARATION**

    On November 2, 2007, Defendant Cook Incorporated filed a request for a sealing order pursuant to Northern District Civil Local Rule 79-5(d), in which it seeks to file under seal a document designated confidential by Plaintiffs, specifically Exhibit O to the Declaration of Jeff Nichols in Support of Cook's Motion for Summary Judgment. Plaintiffs have failed to comply with Rule 79-5(d) and have failed to respond to an Order to Show Cause issued by this Court on November 13, 2007, in which the Court required them to file a declaration establishing cause for sealing Exhibit O to the Nichols declaration by no later than November 15, 2007.

    The Court in that Order advised Plaintiffs that if they failed to comply, the Court would deny Cook's motion for a sealing order and would order Exhibit O to be filed in the public record. Accordingly, Cook's motion is DENIED, and Exhibit O is to be filed in the public

record.

**IT IS SO ORDERED.**

Dated: November 19, 2007

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE