UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARDS LIFESCIENCES LLC and ENDOGAD RESEARCH PTY LIMITED,<br><br>    Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>COOK INCORPORATED and W.L. GORE & ASSOCIATES, INC.,<br><br>    Defendants/Counterclaim Plaintiffs. | No. C 03-3817 JSW<br><br>Action Filed: August 15, 2003<br><br>**[PROPOSED] ORDER RE PLAINTIFFS' DECEMBER 17, 2007 REQUEST FOR A SEALING ORDER PURSUANT TO CIVIL L.R. 79-5(d)**<br><br>Date:    February 1, 2008<br>Time:    9:00 a.m.<br>Place:   Courtroom 2, 17th Floor<br>Judge:  Hon. Jeffrey S. White<br><br>Trial Date:  None Set |

In consideration of Plaintiffs' Administrative Request For A Sealing Order Pursuant To Civil L.R. 79-5(d) ("Request"), filed December 17, 2007, and all papers and arguments related thereto, including the Declaration Of Jeff Nichols Pursuant To Civil L.R. 79-5(d) Regarding Exhibits Lodged In Connection With Plaintiffs' Opposition To Cook's Motion For Summary Judgment Of Noninfringement, filed December 21, 2007,

IT IS HEREBY ORDERED that the Request is GRANTED IN PART and DENIED IN PART.

Specifically, the Request is GRANTED with respect to the following pages of Dr. Greenberg's deposition transcript attached as Exhibit C to the Braun Declaration: (1) page 42, line 3 to page 43, line 19; and (2) page 67, line 13 to page 68, line 6. The Clerk is directed to file these portions of Exhibit C to the Braun Declaration under seal.

The Request is DENIED with respect to Exhibits A, W, and JJ to the Braun Declaration, the portions of the transcript attached as Exhibit C to the Braun Declaration not ordered under seal in the preceding paragraph, and Exhibits E and F to the Taylor Declaration. In addition, the Request is DENIED with respect to the redacted versions of Plaintiffs' Opposition to Cook's Motion for Summary Judgment of Noninfringement and the Taylor Declaration, which were lodged with the Court. Accordingly, Plaintiffs are hereby ordered to file these remaining items in the public record without redaction. The denial is based on Cook's decision to withdraw the designation of confidentiality as to these items.

DATED: __January 2____, 2008__          _____
                                        UNITED STATES DISTRICT JUDGE
                                        JEFFREY S. WHITE