| | |
|---|---|
| SIDLEY AUSTIN LLP<br>Russell L. Johnson (SBN 53833)<br>Matthew T. Powers (SBN 124493)<br>Carrie W. Cotter (*Pro Hac Vice*)<br>555 California St., Suite 2000<br>San Francisco, CA 94104-1715<br>Telephone: 415.772.1200<br>Facsimile: 415.772.7400<br><br>Hugh A. Abrams (*Pro Hac Vice*)<br>Lisa A. Schneider (*Pro Hac Vice*)<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: 312.853.7000<br>Facsimile: 312.853.7036<br><br>Attorneys For Plaintiffs<br>EDWARDS LIFESCIENCES LLC<br>and ENDOGAD RESEARCH PTY LIMITED | HOWARD RICE NEMEROVSKI<br> CANADY FALK & RABKIN<br>Dirk M. Schenkkan (SBN 72533)<br>Jeffrey E. Faucette (SBN 193066)<br>Jason S. Takenouchi (SBN 234835)<br>Three Embarcadero Center, 7th Floor<br>San Francisco, CA 94111<br>Telephone: 415.434.1600<br>Facsimile: 415.217.5910<br><br>BRINKS HOFER GILSON & LIONE<br>Richard A. Kaplan (*Pro Hac Vice*)<br>Bradley G. Lane (*Pro Hac Vice*)<br>Jeffry M. Nichols (*Pro Hac Vice*)<br>NBC Tower, Suite 3600<br>455 North Cityfront Plaza Drive<br>Chicago, IL 60611<br>Telephone: 312.321.4200<br>Facsimile: 312.321.4299<br><br>Attorneys for Defendant<br>COOK INCORPORATED |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARDS LIFESCIENCES LLC and ENDOGAD RESEARCH PTY LIMITED,<br><br>    Plaintiffs/Counterclaim Defendants,<br><br>    vs.<br><br>COOK INCORPORATED and W.L. GORE & ASSOCIATES, INC.,<br><br>    Defendants/Counterclaim Plaintiffs. | Case No. 03-3817 JSW (WDB)<br><br>Assigned to: Judge Jeffrey S. White<br><br>**[~~PROPOSED~~] ORDER ALLOWING ELECTRONIC EQUIPMENT AT SUMMARY JUDGMENT HEARING**<br><br>Date: February 1, 2008<br>Time: 9:00 a.m.<br>Courtroom: 2, 17th Floor |

Edwards Lifesciences LLC, EndoGAD Research Pty Limited, and Cook Incorporated hereby submit the following list of presentation and video equipment to be brought into the courtroom for use at the Summary Judgment Hearing scheduled to commence on February 1, 2008:

    4 – HP L1740 17" LCD Monitors;

    1 – Epson 8300I Projector (5200L);

    1 – DaLite Insta-Theater Screen 80";

    1 – Inline 1 in X 8 out VGA DA IN 3268;

    1 – Inline 6 in X 1 out VGA Switch IN 3566;

    1 – DaLite Cart with wheels and skirt;

    2 – DaLite Projectostand with skirt;

    1 – Dry Erase Easel;

    3 – Large Easel Notepads;

    4 – Easels;

    4 – Laptop Computers;

    Associated Cables, Cords, and Stands.

Pramel Patel, Dee Patel and/or Sam Patel of Aquipt, representatives from DecisionQuest, and representatives from FTI Consulting are authorized to bring this equipment into the courtroom. In addition, each attorney may bring a laptop computer for use in the courtroom.

Plans are being made with Judge White's Courtroom Deputy to set up the aforementioned equipment on Thursday, January 31, 2008, and/or Friday, February 1, 2008.

**IT IS SO ORDERED.**

Dated: January 29, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE