HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARDS LIFESCIENCES LLC and ENDOGAD RESEARCH PTY LIMITED,<br><br>    Plaintiffs/Counterclaim Defendants,<br><br>    v.<br><br>COOK INCORPORATED and W.L. GORE & ASSOCIATES, INC.,<br><br>    Defendants/Counterclaim Plaintiffs. | No. C 03-3817 JSW (WDB)<br><br>Action Filed: August 15, 2003<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR CERTAIN DEPOSITIONS AFTER THE CLOSE OF FACT DISCOVERY** |

1  In consideration of the parties' Joint Stipulation And Request For An Order Allowing
2  Certain Depositions After The Close Of Fact Discovery (the "Request"), IT IS HEREBY
3  ORDERED that said Request be and hereby is GRANTED.

4  IT IS HEREBY ORDERED that

5  (1) The depositions of the witnesses listed in the Request may be completed after the
6  close of fact discovery on February 29, 2008, during the months of March or April, 2008;
7  and

8  (2) The parties may take any additional fact depositions after the close of fact
9  discovery if agreed to by the parties. The Court shall address a deadline by which these depositions must be completed at the case management conference scheduled on March 28, 2008.

10  IT IS SO ORDERED.

DATED: February 14, 2008

*/s/ Jeffrey S. White*
UNITED STATES DISTRICT COURT JUDGE
JEFFREY S. WHITE

HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
*A Professional Corporation*