CHAMBERS COPY

SIDLEY AUSTIN LLP
Russell L. Johnson (SBN 53833) (rljohnson@sidley.com)
Matthew T. Powers (SBN 124493) (mpowers@sidley.com)
Carrie W. Cotter (*Pro Hac Vice*) (ccotter@sidley.com)
555 California St., Suite 2000
San Francisco, CA 94104-1715
Telephone: 415.772.1200
Facsimile: 415.772.7400

David T. Pritikin (*Pro Hac Vice*) (dpritikin@sidley.com)
Hugh A. Abrams (*Pro Hac Vice*) (habrams@sidley.com)
One South Dearborn Street
Chicago, Illinois 60603
Telephone: 312.853.7000
Facsimile: 312.853.7036

Attorneys For Plaintiffs
EDWARDS LIFESCIENCES LLC and ENDOGAD RESEARCH PTY LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARDS LIFESCIENCES LLC and ENDOGAD RESEARCH PTY LIMITED, <br><br> Plaintiff/Counterclaim Defendants, <br><br> vs. <br><br> COOK INCORPORATED and W.L. GORE & ASSOCIATES, INC., <br><br> Defendant/Counterclaim Plaintiffs. | Case No. 03-3817 JSW (WDB) <br><br> Assigned to Judge Jeffrey S. White <br><br> [~~PROPOSED~~] ORDER RE STIPULATED REQUEST FOR ORDER CHANGING TIME |

In consideration of the Stipulated Request for Order Changing Time filed February 13, 2008, and for the reasons given therein:

IT IS HEREBY ORDERED that the Request for an Order Changing Time is granted

1 | and that the due date for Plaintiffs' supplemental response to Cook Incorporated's Interrogatory No. 6
2 | with respect to Fogarty, Goicoechea and Martin shall be February 21, 2008.

DATED: 2/15, 2008

_____
UNITED STATES MAGISTRATE JUDGE
WAYNE D. BRAZIL