[SEE SIGNATURE PAGES FOR COUNSEL NAMES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARDS LIFESCIENCES LLC and ENDOGAD RESEARCH PTY LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>COOK INCORPORATED and W.L. GORE & ASSOCIATES, INC.,<br><br>Defendants. | No. C 03-3817 JSW (WDB)<br><br>**THIRD [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER AND STIPULATION REGARDING ISSUANCE OF COMMISSION FOR TAKING DEPOSITIONS IN AUSTRALIA**<br><br>Judge Jeffrey S. White<br>Magistrate Judge Wayne D. Brazil |

Plaintiffs, Edwards Lifesciences LLC and EndoGAD Research Pty Limited, and Defendants, Cook Incorporated and W.L. Gore & Associates, Inc., by and through their undersigned counsel, hereby submit this Third Joint Stipulation Regarding Issuance of Commission for Taking Depositions in Australia. The stipulation is based on the following recitals.

WHEREAS, Dr. Geoffrey White, Dr. Weiyun Yu, Mr. Crispin Marsh, and Dr. James May are Australian nationals who live and work in Australia;

WHEREAS, the parties have scheduled the depositions of these witnesses in Sydney, Australia, as follows: Dr. Geoffrey White (February 27, 28, and 29, 2008), Dr. Weiyun Yu (February 27 and 29, 2008), Mr. Crispin Marsh (February 28 and 29, 2008), and Dr. James May (March 1, 2008).

WHEREAS, Dr. Geoffrey White, Dr. Weiyun Yu, Mr. Crispin Marsh, and Dr. James May have agreed to voluntarily appear for depositions in Australia;

WHEREAS, the Court issued a Second Order and Stipulation Regarding Issuance of Commission for Taking Depositions in Australia on August 9, 2007 (Docket #487), which Defendants believe applies to the above-identified depositions in Australia, but Plaintiffs believe another commission is necessary;

WHEREAS, the parties therefore request that the Court issue a commission pursuant to FED. R. CIV. P. 28(b) for purposes of taking these depositions in Australia;

NOW, THEREFORE, the parties jointly stipulate to the issuance of a commission by the Court – directed to the attorneys representing the parties and the court reporter retained to attend and transcribe the depositions – to administer the oath and take testimony in Australia from these witnesses, pursuant to FED. R. CIV. P. 28(b).

Dated: February 21, 2008     By:     /s/ Lisa A. Schneider

David T. Pritikin
Hugh A. Abrams
Richard T. McCaulley
SIDLEY AUSTIN LLP
One S. Dearborn Street
Chicago, Illinois 60603

Russell L. Johnson
Matthew T. Powers
Carrie W. Cotter (Pro Hac Vice)
SIDLEY AUSTIN LLP
555 California Street, Suite 5000
San Francisco, California 94104-1715

*Attorneys for Plaintiffs*,
EDWARDS LIFESCIENCES LLC and
ENDOGAD RESEARCH PTY LIMITED

Dated: February 21, 2008     By:     /s/ Jeffry M. Nichols

Richard A. Kaplan
Thomas J. Filarski
Bradley G. Lane
Jeffry M. Nichols
Julie L. Leichtman
BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611-5599

Dirk M. Schenkkan (No. 72533)
Jeffrey E. Faucette (No. 193066)

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*

Jason S. Takenouchi (No. 234835)
HOWARD RICE NEMEROVSKI CANADY
 FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California  94111-4024

*Attorneys for Defendant*,
COOK INCORPORATED

Dated: February 21, 2008                By:     /s/ Jennifer BianRosa

David H. Pfeffer
Christopher K. Hu
Gerard A. Haddad
Jennifer BianRosa
MORGAN & FINNEGAN, L.L.P.
3 World Financial Center
New York, NY 10281-2101

Mark J. Linderman
Hillary Kalay
SONNENSCHEIN NATH & ROSENTHAL
525 Market Street, 26th Floor
San Francisco, CA 94105

*Attorneys for Defendant*,
W.L. GORE & ASSOCIATES, INC.

I, Jeffry M. Nichols, am the ECF User whose ID and password are being used to file this THIRD [PROPOSED] ORDER AND STIPULATION REGARDING ISSUANCE OF COMMISSION FOR TAKING DEPOSITIONS IN AUSTRALIA.  In compliance with General Order 45, X.B., I hereby attest that Lisa A. Schneider and Jennifer BianRosa have concurred in this filing.

Dated: February 21, 2008                By:     /s/ Jeffry M. Nichols

PURSUANT TO STIPULATION AND FED. R. CIV. P. 28(B), IT IS HEREBY ORDERED that the attorneys representing the parties and/or the court reporter retained to attend and transcribe the depositions of Dr. Geoffrey White, Dr. Weiyun Yu, Mr. Crispin Marsh, and Dr. James May are commissioned to administer the oath and take testimony from the witnesses in Australia. This commission applies to the taking of these depositions in Australia even if one or more of them are rescheduled to an alternative date.

**IT IS SO ORDERED:**

2/22/08

Date

*Wayne D. Brazil* (signature)

Magistrate Judge Wayne D. Brazil

HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
*A Professional Corporation*

# PROOF OF SERVICE

I, Kinson Yee, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is Three Embarcadero Center, 7th Floor San Francisco, California 94111-4024. On February 21, 2008, I served the following document(s) described as:

**THIRD [PROPOSED] ORDER AND STIPULATION REGARDING ISSUANCE OF COMMISSION FOR TAKING DEPOSITIONS IN AUSTRALIA,**

as follows:

| | |
|---|---|
| **VIA E-MAIL & FEDERAL EXPRESS:**<br><br>Russell L. Johnson<br>(rljohnson@sidley.com)<br>Carrie W. Cotter<br>(ccotter@sidley.com)<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 5000<br>San Francisco, California 94104-1715 | **VIA E-MAIL & FEDERAL EXPRESS:**<br><br>Mark J. Linderman<br>(mlinderman@sonnenschein.com)<br>Hillary Kalay<br>(hkalay@sonnenschein.com)<br>SONNENSCHEIN NATH & ROSENTHAL<br>525 Market Street, 26th Floor<br>San Francisco, CA 94105 |
| **VIA E-MAIL & FEDERAL EXPRESS:**<br><br>David T. Pritikin<br>(dpritikin@sidley.com)<br>Hugh A. Abrams<br>(habrams@sidley.com)<br>SIDLEY AUSTIN LLP<br>One S. Dearborn Street<br>Chicago, Illinois 60603 | **VIA E-MAIL & FEDERAL EXPRESS:**<br><br>Christopher K. Hu<br>(chu@morganfinnegan.com)<br>Gerard A. Haddad<br>(ghaddad@morganfinnegan.com)<br>Jennifer BianRosa<br>(jbianrosa@morganfinnegan.com)<br>MORGAN & FINNEGAN, L.L.P.<br>3 World Financial Center<br>New York, NY 10281-2101 |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on February 21, 2008.

_/s/ Kinson Yee_