SIDLEY AUSTIN LLP
Russell L. Johnson (SBN 53833) (rljohnson@sidley.com)
Matthew T. Powers (SBN 124493) (mpowers@sidley.com)
Carrie W. Cotter (*Pro Hac Vice*) (ccotter@sidley.com)
555 California St., Suite 2000
San Francisco, CA 94104-1715
Telephone: 415.772.1200
Facsimile: 415.772.7400

David T. Pritikin (*Pro Hac Vice*) (dpritikin@sidley.com)
Hugh A. Abrams (*Pro Hac Vice*) (habrams@sidley.com)
One South Dearborn Street
Chicago, Illinois 60603
Telephone: 312.853.7000
Facsimile: 312.853.7036

Attorneys For Plaintiffs
EDWARDS LIFESCIENCES LLC and ENDOGAD RESEARCH PTY LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARDS LIFESCIENCES LLC and ENDOGAD RESEARCH PTY LIMITED, <br><br> Plaintiff/Counterclaim Defendants, <br><br> vs. <br><br> COOK INCORPORATED and W.L. GORE & ASSOCIATES, INC., <br><br> Defendant/Counterclaim Plaintiffs. | Case No. 03-3817 JSW (WDB) <br><br> Assigned to: Judge Jeffrey S. White <br><br> **~~PROPOSED~~ ORDER GRANTING ATTORNEY BRAUN'S REQUEST FOR WITHDRAWAL** |

In view of Attorney Tracy A. Braun ("Braun")'s Notice of Change in Counsel, filed February 28, 2008, Attorney Braun's request to withdraw her appearance on behalf of Plaintiffs in the matter

of Edwards LifeSciences and EndoGAD Research Pty Limited v. Cook Inc. and W.L. Gore & Associates, Inc., is GRANTED.

DATED: February 29, 2008

_____
UNITED STATES DISTRICT JUDGE
JEFFREY S. WHITE