1  [SEE SIGNATURE PAGE FOR COUNSEL NAMES]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARDS LIFESCIENCES LLC and ENDOGAD RESEARCH PTY LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>COOK INCORPORATED and W. L. GORE & ASSOCIATES, INC.,<br><br>Defendants. | No. C 03-3817 JSW (WDB)<br><br>JOINT STIPULATION AND [PROPOSED] ORDER REQUESTING CONTINUANCE OF HEARING DATE FOR W.L. GORE & ASSOCIATES, INC.'S MOTION FOR LEAVE TO AMEND ITS ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT |

Pursuant to Civil L.R. 7-7(b) and 6-1(a), Plaintiffs, Edwards Lifesciences LLC and EndoGAD Research Pty Limited, and Defendants, Cook Incorporated and W.L. Gore & Associates, Inc., by and through their undersigned counsel, jointly submit this Joint Stipulation and [Proposed] Order. The parties hereby stipulate to the request to continue the date of the hearing for Gore's Motion For Leave To File An Amended Answer To Plaintiffs' Second Amended Complaint from March 21 to March 28, 2008 at either 9:00 am or 1:30 pm. This case has a case management conference already scheduled on March 28 at 1:30 pm. Moving this hearing to the date of the case management conference will conserve resources and promote efficiency. The parties affected by the motion have not previously stipulated to continue the hearing date. The change will not alter the date of any event or any deadline already fixed by Court order.

SO STIPULATED:

Dated: March 7, 2008

MORGAN & FINNEGAN, LLP
/s/ Gerard A. Haddad
———————————————
David H. Pfeffer (pro hac vice)
Christopher K. Hu (pro hac vice)
John T. Gallagher (pro hac vice)
Gerard A. Haddad (pro hac vice)
Jennifer BianRosa (pro hac vice)
3 World Financial Center
New York, New York 10281-2101
Telephone (212) 415-8700

Mark J. Linderman (State Bar No. 144685)
Hillary Noll Kalay (State Bar No. 233173)
Sonnenschein Nath & Rosenthal
525 Market Street, 26th Floor
San Francisco, California 94105-2708
Telephone: (415) 882-5000

Attorneys for Defendant
W.L. Gore & Associates, Inc.

Dated: March 7, 2008

SIDLEY AUSTIN LLP
/s/ Hugh A. Abrams
———————————————
David T. Pritikin
Hugh A. Abrams
Lisa A. Schneider
Richard T. McCaulley
SIDLEY AUSTIN LLP
One S. Dearborn Street
Chicago, Illinois 60603

Russell L. Johnson
Matthew T. Powers
Carrie W. Cotter (Pro Hac Vice)
SIDLEY AUSTIN LLP
555 California Street, Suite 5000
San Francisco, California 94104-1715

Attorneys for Plaintiffs
EDWARDS LIFESCIENCES LLC and
ENDOGAD RESEARCH PTY LIMITED

JOINT STIPULATION AND [PROPOSED] ORDER REQUESTING CONTINUANCE OF HEARING DATE
FOR W.L. GORE & ASSOCIATES, INC.'S MOTION FOR LEAVE TO AMEND ITS ANSWER TO
PLAINTIFFS' SECOND AMENDED COMPLAINT
NO. C 03-3817 JSW (WDB)

1128549 v1

- 2 -

| | |
|---|---|
| Dated: March 7, 2008 | BRINKS HOFER GILSON & LIONE<br>/s/ Jeffry M. Nichols<br>Richard A. Kaplan<br>Thomas J. Filarski<br>Bradley G. Lane<br>Jeffry M. Nichols<br>Julie L. Leichtman<br>BRINKS HOFER GILSON & LIONE<br>NBC Tower, Suite 3600<br>455 North Cityfront Plaza Drive<br>Chicago, Illinois 60611-5599<br><br>Dirk M. Schenkkan (No. 72533)<br>Jeffrey E. Faucette (No. 193066)<br>Jason S. Takenouchi (No. 234835)<br>HOWARD RICE NEMEROVSKI CANADY<br>FALK & RABKIN<br>A Professional Corporation<br>Three Embarcadero Center, 7th Floor<br>San Francisco, California 94111-4024<br><br>Attorneys for Defendant<br>COOK INCORPORATED |

JOINT STIPULATION AND [PROPOSED] ORDER REQUESTING CONTINUANCE OF HEARING DATE FOR W.L. GORE & ASSOCIATES, INC.'S MOTION FOR LEAVE TO AMEND ITS ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT
NO. C 03-3817 JSW (WDB)

1128549 v1

- 3 -

[PROPOSED] ORDER

The date of the hearing on Gore's Motion For Leave To File An Amended Answer To Plaintiffs' Second Amended Complaint is continued to March 28, 2008 at 9:00 am/~~pm~~. The case management conference shall follow the hearing.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: March 7, 2008, 2008

*Jeffrey S. White*
Honorable Jeffrey S. White
United States District Judge

JOINT STIPULATION AND [PROPOSED] ORDER REQUESTING CONTINUANCE OF HEARING DATE FOR W.L. GORE & ASSOCIATES, INC.'S MOTION FOR LEAVE TO AMEND ITS ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT
NO. C 03-3817 JSW (WDB)

1128549 v1