IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARDS LIFESCIENCES, LLC, et al.,

    Plaintiffs,

v.

COOK INCORPORATED, et al.

    Defendants.

No. C 03-03817 JSW

**ORDER SETTING STATUS CONFERENCE**

On May 27, 2008, the Court received the mandate from the United States Court of Appeals for the Ninth Circuit, in *Medtronic, Inc. and Los Angeles Biomedical Research Institute at Harbor-UCLA Medical Center v. White*, 04-2201 ("*LA Biomed*") reversing and remanding that case for trial. In light of the fact that the Court previously related the *LA Biomed* case to this matter, the Court HEREBY ORDERS all parties to appear for a status conference on **July 11, 2008 at 1:30 p.m.** A joint status conference statement shall be due by no later than June 30, 2008, in which the parties outline their positions on how this matter should proceed in light of the Ninth Circuit's ruling in *LA Biomed.*

**IT IS SO ORDERED.**

Dated: May 28, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE