1  Mark J. Linderman (SBN 144685)
   mlinderman@sonnenschein.com
2  Hillary Noll Kalay (SBN 233173)
   hkalay@sonnenschein.com
3  SONNENSCHEIN NATH & ROSENTHAL
   525 Market Street, 26th Floor
4  San Francisco, California 94105-2708
   Telephone: (415) 882-5000
5  Facsimile: (415) 882-0300

6  David H. Pfeffer (pro hac vice)
   dpfeffer@morganfinnegan.com
7  Harry C. Marcus (pro hac vice)
   hmarcus@morganfinnegan.com
8  MORGAN & FINNEGAN, L.L.P.
   3 World Financial Center
9  New York, New York 10281-2101
   Telephone: (212) 415-8700
10 Facsimile:  (212) 415-8701

11 Christopher K. Hu (Pro Hac Vice)
   huc@dicksteinshapiro.com
12 DICKSTEIN SHAPIRO LLP
   1177 Avenue of the Americas
13 New York, New York  10036-2714
   Telephone:  (212) 277-6500
14 Facsimile:  (212) 277-6501

15 Attorneys For Defendant
   W. L. GORE & ASSOCIATES, INC.
16

17                     UNITED STATES DISTRICT COURT

18                    NORTHERN  DISTRICT OF CALIFORNIA

19                         SAN FRANCISCO DIVISION

| | |
|---|---|
| 20  EDWARDS LIFESCIENCES LLC and ENDOGAD RESEARCH PTY LIMITED, | No. C 03-3817 JSW (WDB) |
| 21 | Action Filed:  August 15, 2003 |
| 22                  Plaintiffs, v. | **[PROPOSED] ORDER GRANTING GORE'S MOTION TO FILE EXHIBITS UNDER SEAL PURSUANT TO CIV. L.R. 79-5(B) AND (C) IN SUPPORT OF GORE'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT** |
| 23  COOK INCORPORATED and W. L. GORE & ASSOCIATES, INC., | |
| 24 | |
| 25                  Defendants. | |
| 26 | **Hearing Date:  TBD** |

27

28

CASE NO. C 03-3817 JSW (WDB)                    [PROPOSED] ORDER GRANTING ADMIN
                                                MOTION TO FILE UNDER SEAL

1  On May 15, 2008, Gore filed an administrative motion to seal confidential documents,
2 pursuant to Local Rules 79-5 (b) and (c).  The Court, having reviewed the evidence submitted
3 therewith, including the Declaration of Harry C. Marcus in Support of the Administrative Motion,
4 finds that the following exhibits or specified portions thereof constitute "sealable" material under
5 Local Rule 79-5(a) and hereby GRANTS Gore's Administrative Motion as follows:
6  1. Portions of Exhibit D to the Declaration of Harry C. Marcus in Support of Gore's Motion
7   for Summary Judgment of Noninfringement (which is a collection of selected pages of the
8   transcript of the deposition of Dr. Michael J. Vonesh, dated October 27, 2006),
9   specifically pages 53:14-54:19, 63:11-64:19; and
10  2. The entirety of Exhibit H to the Declaration of Harry C. Marcus in Support of Gore's
11   Motion for Summary Judgment of Noninfringement (which is a document titled
12   "EXCLUDER Bifurcated Endoprosthesis Final Product Specification" and was marked as
13   Exhibit 115 during the deposition of Michael J. Vonesh taken on October 27, 2006).
14  Upon good cause shown, it is hereby ordered that those documents shall be filed under seal by
15 the Clerk of the Court in conformity with Local Rule 79-5(f).
16  IT IS SO ORDERED.

DATED: August 21, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE