IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARDS LIFESCIENCES, LLC, et al.,

    Plaintiffs,

v.

COOK INCORPORATED, et al.,

    Defendants.
_____/

No. C 03-03817 JSW

**ORDER**

The Court having granted motions for summary judgment of non-infringement by Cook and Gore, and those parties having previously represented that they would dismiss the pending counterclaims without prejudice, the parties are HEREBY ORDERED to submit dismissals by no later than September 22, 2008, so that the Court may enter judgment in this matter.

**IT IS SO ORDERED.**

Dated: September 15, 2008

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE