[SEE SIGNATURE PAGES FOR COUNSEL NAMES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARDS LIFESCIENCES LLC and ENDOGAD RESEARCH PTY LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>COOK INCORPORATED and W.L. GORE & ASSOCIATES, INC.,<br><br>Defendants. | No. C 03-3817 JSW (WDB)<br><br>[PROPOSED] ORDER AND STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS' COUNTERCLAIMS<br><br>Judge Jeffrey S. White<br>Magistrate Judge Wayne D. Brazil |

The parties hereby stipulate to the dismissal without prejudice of the counterclaims of Defendant, Cook Incorporated, and to the dismissal without prejudice of the counterclaims of Defendant, W.L. Gore & Associates, Inc.

Dated: September 22, 2008       By:       /s/ Hugh A. Abrams

David T. Pritikin
Hugh A. Abrams
Richard T. McCaulley
SIDLEY AUSTIN LLP
One S. Dearborn Street
Chicago, Illinois 60603

Russell L. Johnson
Matthew T. Powers
SIDLEY AUSTIN LLP
555 California Street, Suite 5000
San Francisco, California 94104-1715

*Attorneys for Plaintiffs*,
EDWARDS LIFESCIENCES LLC and
ENDOGAD RESEARCH PTY LIMITED

| | | |
|---|---|---|
| Dated: September 22, 2008 | By: | /s/ Bradley G. Lane |

                                               Richard A. Kaplan
                                               Thomas J. Filarski
Bradley G. Lane
Jeffry M. Nichols
Julie L. Leichtman
BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois  60611-5599

Dirk M. Schenkkan (No. 72533)
Jeffrey E. Faucette (No. 193066)
HOWARD RICE NEMEROVSKI CANADY
  FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California  94111-4024

*Attorneys for Defendant,*
COOK INCORPORATED

Dated: September 22, 2008       By:    /s/ Harry C. Marcus

David H. Pfeffer
Harry C. Marcus
MORGAN & FINNEGAN, L.L.P.
3 World Financial Center
New York, NY 10281-2101

Mark J. Linderman
SONNENSCHEIN NATH & ROSENTHAL
525 Market Street, 26th Floor
San Francisco, CA 94105

*Attorneys for Defendant,*
W.L. GORE & ASSOCIATES, INC.

    I, Jason M. Habermeyer, am the ECF User whose ID and password are being used to file this [PROPOSED] ORDER AND STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS' COUNTERCLAIMS.  In compliance with General Order 45, X.B., I hereby attest that  Hugh A. Abrams, Harry C. Marcus  and  Bradley G. Lane  have concurred in this filing.

Dated: September 22, 2008       By:    /s/ Jason M. Habermeyer

1  PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the counterclaims of
2  Defendant, Cook Incorporated, are dismissed without prejudice, and the counterclaims of
3  Defendant, W.L. Gore & Associates, Inc., are dismissed without prejudice.
   This matter now being fully resolved, a separate judgment will issue.

**IT IS SO ORDERED:**

September 22, 2008

Date

*/s/ Jeffrey S. White*

Judge Jeffrey S. White