1 [SEE SIGNATURE PAGE FOR COUNSEL NAMES]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARDS LIFESCIENCES LLC and ENDOGAD RESEARCH PTY LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>COOK INCORPORATED and W. L. GORE & ASSOCIATES, INC.,<br><br>Defendants. | No. C 03-3817 JSW (WDB)<br><br>JOINT STIPULATION AND [PROPOSED] ORDER REGARDING GORE'S BILL OF COSTS |

This Stipulation regarding Gore's Bill of Costs is made by and between counsel for Plaintiffs Edwards Lifesciences LLC and Endogad Research Pty Limited ("Edwards"), and defendant W. L. Gore & Associates, Inc. ("Gore").

On September 15, 2008, the Court granted Gore's motion for summary judgment of non-infringement. [D.I. 747]. The Court entered judgment for Gore on September 22, 2008. [D.I. 751]. On October 6, 2008, Gore filed its Bill of Costs. [D.I. 764]. Edwards filed its objections to Gore's Bill of Costs on October 20, 2008. [D.I. 767].

The Clerk has not yet served a notice taxing costs under Local Rule 54-4(b).

Edwards and Gore have conferred and have reached an agreement and stipulation regarding Gore's Bill of Costs. Gore's Bill of Costs shall be granted in part, and Gore shall recover from Edwards its costs in the total amount of $98,612.11.

SO STIPULATED:

Dated: October 23, 2008

SONNENSCHEIN NATH & ROSENTHAL
/s/ Mark J. Linderman
Mark J. Linderman (State Bar No. 144685)

JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING GORE'S BILL OF COSTS
NO. C 03-3817 JSW (WDB)

1170964 v1

|   |   |
|---|---|
| | 525 Market Street, 26th Floor |
| | San Francisco, California 94105-2708 |
| | Telephone: (415) 882-5000 |
| | |
| | David H. Pfeffer (pro hac vice) |
| | Harry C. Marcus (pro hac vice) |
| | MORGAN & FINNEGAN, LLP |
| | 3 World Financial Center |
| | New York, New York 10281-2101 |
| | Telephone (212) 415-8700 |
| | |
| | Christopher K. Hu (pro hac vice) |
| | DICKSTEIN SHAPIRO LLP |
| | 1177 Avenue of the Americas |
| | New York, New York 10036-2714 |
| | Telephone: (212) 277-6500 |
| | |
| | Attorneys for Defendant |
| | W. L. Gore & Associates, Inc. |
| | |
| | SIDLEY AUSTIN LLP |
| Dated: October 23, 2008 | /s/ Hugh A. Abrams |
| | David T. Pritikin (pro hac vice) |
| | Hugh A. Abrams (pro hac vice) |
| | Lisa A. Schneider (pro hac vice) |
| | Richard T. McCaulley (pro hac vice) |
| | SIDLEY AUSTIN LLP |
| | One S. Dearborn Street |
| | Chicago, Illinois 60603 |
| | |
| | Russell L. Johnson |
| | Matthew T. Powers |
| | SIDLEY AUSTIN LLP |
| | 555 California Street, Suite 5000 |
| | San Francisco, California 94104-1715 |
| | |
| | Attorneys for Plaintiffs |
| | EDWARDS LIFESCIENCES LLC and |
| | ENDOGAD RESEARCH PTY LIMITED |

Filer's Attestation: Pursuant to General Order 45, regarding signatures, Mark J. Linderman attests that concurrence in the filing of this document has been obtained.

JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING GORE'S BILL OF COSTS
NO. C 03-3817 JSW (WDB)

1170964 v1

- 2 -

1
2
### [PROPOSED] ORDER

3
PURSUANT TO STIPULATION, IT IS SO ORDERED:

4
5
1. Gore's Bill of Costs is granted in part. Gore shall recover from Edwards its costs in the total amount of $98,612.11.

6
2. The Clerk is directed not to tax costs as claimed in Gore's Bill of Costs.

7   Dated: October 27, 2008

*/s/ Jeffrey S. White*

8
Honorable Jeffrey S. White
United States District Judge

9
10  cc: Cora Delfin
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING GORE'S BILL OF COSTS
NO. C 03-3817 JSW (WDB)

1170964 v1