1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11

12   EDWARDS LIFESCIENCES LLC and          Civil Action No. C 03-3817 JSW (WDB)
     ENDOGAD RESEARCH PTY LIMITED,
13
                Plaintiffs,
14                                          [PROPOSED] ORDER CHANGING
       v.                                   HEARING DATE FROM DECEMBER 12,
15                                          2008 TO JANUARY 23, 2009
     COOK INCORPORATED and
16   W.L. GORE & ASSOCIATES, INC.,

17              Defendants.

18

19       In consideration of the Stipulated Request for Order Changing Hearing Date for Defendant

20   Cook Incorporated's Motion for Review of the Clerk's Taxation of Costs from December 12,

21
     2008 to January 23, 2009,
22

23       IT IS HEREBY ORDERED that the Stipulated Motion for Order Changing Hearing Date

24   from December 12, 2008 to January 23, 2009 is GRANTED. The reply brief shall be due by no
                                                        later than December 12, 2008.
25

26   DATED: November 25    , 2008

27                                          _____
                                            Judge Jeffrey S. White
28

                                  [PROPOSED] ORDER              C 03-3817 JSW (WDB)
                                            -1-

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation