UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARDS LIFESCIENCES LLC and ENDOGAD RESEARCH PTY LIMITED,<br><br>    Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>COOK INCORPORATED and W.L. GORE & ASSOCIATES, INC.,<br><br>    Defendants/Counterclaim Plaintiffs. | No. C 03-3817 JSW<br><br>Action Filed: August 15, 2003<br><br>[PROPOSED] ORDER GRANTING COOK INCORPORATED'S DECEMBER 12, 2008 REQUEST FOR A SEALING ORDER PURSUANT TO CIVIL L.R. 79-5(b)<br><br>Date:    January 23, 2009<br>Time:    9:00 a.m.<br>Place:    Courtroom 4, 3rd Floor<br>Judge:    Hon. Wayne D. Brazil<br><br>Trial Date:    None Set |

[PROPOSED] ORDER GRANTING COOK INCORPORATED'S DECEMBER 12, 2008 REQUEST FOR A
SEALING ORDER PURSUANT TO CIVIL L.R. 79-5(B) C03-3817 JSW (WDB)

In consideration of Cook Incorporated's Administrative Request For A Sealing Order Pursuant To Civ. L.R. 79-5(b) ("Request"), filed December 12, 2008, and the Declaration Of Julie L. Leichtman Pursuant To Civil L.R. 79-5(b), IT IS HEREBY ORDERED that said Request be and hereby is GRANTED.

The following will be filed under seal: Exhibits 9 and 10 to the Declaration of Julie L. Leichtman in Support of Cook's Reply in Support of its Motion for Review of the Clerk's Taxation of Costs.

IT IS SO ORDERED.

DATED: December 15, 2008

~~UNITED STATES MAGISTRATE JUDGE~~
~~WAYNE D. BRAZIL~~
JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

W03 121108-165780002/Y07/1540013/v1

~~[PROPOSED]~~ ORDER GRANTING COOK INCORPORATED'S DECEMBER 12, 2008 REQUEST FOR A SEALING ORDER PURSUANT TO CIVIL L.R. 79-5(B) C03 3817 JSW (WDB)
-1-