1 Richard A. Kaplan, *Pro Hac Vice*
Thomas J. Filarski, *Pro Hac Vice*
2 Bradley G. Lane, *Pro Hac Vice*
Jeffry M. Nichols, *Pro Hac Vice*
3 Julie L. Leichtman, *Pro Hac Vice*
BRINKS HOFER GILSON & LIONE
4 NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
5 Chicago, Illinois 60611-5599
Telephone: 312/321-4200
6 Facsimile: 312/321-4299

7 Dirk M. Schenkkan (No. 72533)
(dschenkkan@howardrice.com)
8 Jeffrey E. Faucette (No. 193066)
(jfaucette@howardrice.com)
9 HOWARD RICE NEMEROVSKI
      CANADY FALK & RABKIN
10 A Professional Corporation
Three Embarcadero Center, 7th Floor
11 San Francisco, California 94111-4024
Telephone: 415/434-1600
12 Facsimile: 415/217-5910

13 Attorneys for Defendant and
Counterclaim-Plaintiff,
14 COOK INCORPORATED

15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                        SAN FRANCISCO DIVISION

19 EDWARDS LIFESCIENCES LLC and          Civil Action No. 03-3817 JSW (WDB)
ENDOGAD RESEARCH PTY LIMITED,
20                                        **[PROPOSED] ORDER GRANTING
            Plaintiffs/Counterclaim        DEFENDANT COOK INCORPORATED'S
21            Defendants,                   MOTION FOR REVIEW OF THE
                                            CLERK'S TAXATION OF COSTS**
22      v.

23 COOK INCORPORATED and                  **Trial Date: None Set**
W.L. GORE & ASSOCIATES, INC.,
24                                        Judge Jeffrey S. White
            Defendants/Counterclaim       Magistrate Judge Wayne D. Brazil
25            Plaintiffs.

26

27

28

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*

1    The Court hereby GRANTS Defendant Cook Incorporated's Motion for Review of the Clerk's

2 Taxation of Costs.  The amount of costs for the "fees of the court reporter for all or any part of the

3 transcript necessarily obtained for use in the case" is increased from $49,830.27 to **$70,436.07**.  The

4 amount of costs for the "fees for exemplification and copies of papers necessarily obtained for use in

5 the case" is increased from $46,902.60 to **$136,931.40**,  Accordingly, total costs taxed against

6 Plaintiffs Edwards Lifesciences LLC and EndoGAD Research Pty Limited are **$211,071.97**.

7

8    DATED: January 12  , 2009

9    _____
     United States District Court Judge
10   Jeffrey S. White

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
_A Professional Corporation_

[PROPOSED] ORDER GRANTING DEFENDANT COOK INCORPORATED'S MOTION FOR REVIEW
OF THE CLERK'S TAXATION OF COSTS C03-3817 JSW (WDB)

-1-